IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY, | |
| Plaintiff, | |
| vs. | 8:20-CV-516 |
| BROTHERHOOD OF MAINTENANCE OF WAY EMPLOYES DIVISION OF THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, | ORDER |
| Defendant. | |

This matter is set for a hearing on Plaintiff's Motion for Preliminary Injunction (Filing 6) at 9:00 a.m. on January 5, 2021. *See* Filing 24 at 23. Counsel for Defendant may appear via videoconference pursuant to counsel's request. All other parties and all witnesses shall appear in person unless leave is granted to appear via videoconference. The parties are directed to file witness lists no later than 12:00 p.m. on December 31, 2020, and any exhibits the parties wish to offer into evidence no later than 10:00 a.m. on January 4, 2021. Any exhibit previously filed need not be filed again. Any additional briefing addressing the evidence and legal issues pertaining to a preliminary injunction must be filed no later than 10:00 a.m. on January 4, 2021. Each party is limited to one ten-page brief, which shall be double-spaced, with one-inch margins on all four sides and 12-point font.

Dated this 28th day of December, 2020.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge