AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:20-CV-00516

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Brotherhood of Maintenance of Way Employees Division of the International Brotherhood of Teamsters was received by me on *(date)* Jan 22, 2021, 12:00 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Peter Kennedy , who is designated by law to accept service of process on behalf of *(name of organization)* Brotherhood of Maintenance of Way Employees Division of the International Brotherhood of Teamsters on *(date)* Mon, Jan 25 2021 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $183.00.

I declare under penalty of perjury that this information is true.

Date: 1-26-2021

*Server's signature*

Dillon Snyder-Process Server

*Printed name and title*

4337 E. Grand River Ave Ste 101, Howell, MI 48843

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jan 25, 2021, 1:40 pm EST at Company: 41475 Gardenbrook Rd, Novi, MI 48375 received by Peter Kennedy . Age: 45; Ethnicity: Caucasian; Gender: Male; Weight: 160; Height: 5'10"; Hair: Gray; Relationship: Administrative assistant ;
Case served